

110 WEST FAYETTE STREET ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK 13202 ▪ PH: (315) 422-1500 ▪ FX: (315) 422-3549

February 9, 2023

**VIA CM/ECF**

Hon. Therese Wiley Dancks
US. District Court, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

**Re:**     **Doe v. Syracuse University, et al.**
          **NDNY Civil Action No.: 5:23-cv-00153**

Dear Judge Dancks:

This office represents the Plaintiff, John Doe, in the above-captioned matter. We write to provide a status report on our pending Motion to Proceed Under Pseudonym and for Protective Order.

Given that we have now filed an Amended Complaint which identifies Plaintiff, we would like to withdraw our Motion to Proceed Under Pseudonym and for Protective Order.

Thank you for your time and consideration.


Respectfully submitted,
BOUSQUET HOLSTEIN PLLC

*/s/Kavitha Janardhan*

Kavitha Janardhan
Direct Dial: (315) 701-6468
Email: kjanardhan@bhlawpllc.com


6209409_1