

**MARY L. D'AGOSTINO**
(315) 565-4550
*mdagostino@hancocklaw.com*

January 27, 2025

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
U.S. District Court for the Northern District of New York
P.O. Box 7346
Syracuse, New York 13261-7346

   Re:  *Brandon Williams vs. Syracuse University, et al*
      Civil Action No. 5:23-cv-153 (TJM/TWD)

Dear Magistrate Judge Dancks,

  Our office represents Defendants in the above-referenced litigation. At the initial pretrial conference, the Court directed the parties to submit a stipulated protective order for the Court's approval by today. While the parties have reached an agreement on many of the terms, we have reached an impasse on a legal issue concerning the scope and applicability of the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, and its implementing regulations, 34 C.F.R. Part 99.

  Accordingly, Defendants respectfully request a brief conference with the Court to address this issue and set a briefing schedule to allow for its resolution. Furthermore, because this matter may affect the confidentiality of Jane Roe's identity, we request that her counsel, Attorney Kevin M. Hutzel, be invited to participate in the conference to provide input.

    Respectfully Submitted,

    HANCOCK ESTABROOK, LLP

    Mary L. D'Agostino

MLD/

CC:  all counsel of record (*via CM/ECF*)
   Kevin M. Hutzel (*via e-mail*)

{H5078127.1}