{H4692806.1}

# EXHIBIT H



# SYRACUSE CITY COURT

505 S. State Street, Syracuse, NY 13202

**FEE**
Non-Public Version

Court ORI: NY033011J

| The People of the State of New York vs. Brandon Williams | Certificate of Disposition | |
|---|---|---|
| | Docket Number: | CR-01024-22 |
| | CJTN: | 69871464M |
| | NYSID: | 15484699R |

Defendant DOB: ▮▮▮▮   Arrest Date: 02/08/2022   Arraignment Date: 02/22/2022

THIS IS TO CERTIFY that the undersigned has examined the files of the **Syracuse City Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.00 02 AM Aslt:Recklsly Cause Phys Injry **SEALED 160.50** | AM | Reduced to (Count #6) | 11/28/2022 |
| 2 | PL 120.00 02 AM Aslt:Recklsly Cause Phys Injry **SEALED 160.55** | AM | Reduced to (Count #4) | 11/28/2022 |
| 3 | PL 205.30 AM Resisting Arrest **SEALED 160.55** | AM | Reduced to (Count #7) | 11/28/2022 |
| 6 | PL 240.26 V Harassment-2nd **SEALED 160.50** | V | Dismissed (Statutory Motion to Dismiss in Furtherance of Justice (CPL 170.40), Sealed 160.50) | 11/28/2022 |

| Count # | Incident Date | Conviction Charge | Conviction Charge Description | Charge Weight | Conviction Type | Conviction/ Sentence Date | Sentence Highlight |
|---|---|---|---|---|---|---|---|
| 4 | 02/08/2022 | PL 240.26 **SEALED 160.55** | Harassment-2nd | V | Pled Guilty | 11/28/2022 | • Conditional Discharge (1 Years) |
| 7 | 02/08/2022 | PL 240.20 **SEALED 160.55** | Disorderly Conduct | V | Pled Guilty | 11/28/2022 | • Conditional Discharge (1 Years) |

All fines, fees & surcharges imposed at sentence are paid in full.

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: April 19, 2023

_____
Chief Clerk/Clerk of the Court

**CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL**

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or