

110 WEST FAYETTE STREET ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK  13202 ▪ PH: (315) 422-1500 ▪ FX: (315) 422-3549

February 6, 2025

**VIA CM/ECF**

Hon. Thérèse Wiley Dancks
U.S. District Court, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

Re:  Williams v. Syracuse University, et al.
     Case No. 5:23-cv-153

Dear Judge Dancks:

This office represents the Plaintiff, Brandon Williams, in the above-captioned matter.   Per the Court's Order referring this case to mediation, the parties' deadline to file a stipulation selecting a mediator is tomorrow, February 7th.

Plaintiff sent a list of five proposed mediators to Defendants' counsel on Monday.  Defendants' counsel acknowledged receipt of the list but has not responded to Plaintiff's selections or to our office's follow-up requests for feedback.   Therefore, we are not in a position to file a stipulation selecting a mediator at this time and must respectfully request a one-week extension of the parties' deadline.

We apologize for any inconvenience this may cause the Court and thank Your Honor for your patience and consideration.

Respectfully submitted,

BOUSQUET HOLSTEIN PLLC

*/s/Kavitha Janardhan*

Kavitha Janardhan
Direct Dial: (315) 701-6468
Email: kjanardhan@bhlawpllc.com

KJ/ate

7365508.1