

**MARY L. D'AGOSTINO**
(315) 565-4550
mdagostino@hancocklaw.com

February 19, 2025

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
U.S. District Court for the Northern District of New York
P.O. Box 7346
Syracuse, New York 13261-7346

  Re: *Brandon Williams vs. Syracuse University, et al*
    Civil Action No. 5:23-cv-153 (FJS/TWD)

Dear Magistrate Judge Dancks,

  We represent Defendants in connection with the above-referenced matter. We write to respectfully request an extension of time, through Wednesday, February 26, 2025, to respond to Plaintiff's letter motion (see Dkt. No. 85), which seeks to shield certain judicial documents from public disclosure.

  The undersigned is currently spending time with her 12-year-old son in Disney World for his winter school break and respectfully submits that the additional time is necessary both to not only spend with her son, but to more fully address the arguments Plaintiff has raised in support of his request to seal.

  We thank the Court for its consideration of this request.

        Respectfully Submitted,

        HANCOCK ESTABROOK, LLP

        *Mary D'Agostino*

        Mary L. D'Agostino

MLD/

CC: all counsel of record (*via CM/ECF*)

{H5078127.1}