

**MARY L. D'AGOSTINO**
(315) 565-4550
mdagostino@hancocklaw.com

February 24, 2025

## VIA ELECTRONIC FILING

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse New York 13261-7346

    Re:    *Williams v. Syracuse University, et al*, Civil Action No.: 5:23-CV-00153

Dear Magistrate Judge Dancks,

    On behalf of the parties, and in accordance with the Text Order No. 84, which was issued by the Court on February 12, 2025, I respectfully submit a proposed Protective Order as **Exhibit A** for your review and approval.

                        Very truly yours,

                        HANCOCK ESTABROOK, LLP

                        Mary L. D'Agostino

MLD/

CC:    all counsel of records (*via electronic filing*)